UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :
                                                      **ORDER**
           -v-                              :     07 Cr. 692

VLADIMIR BARARUSHKIN,           :
TEA SANCHEZ,
    a/k/a "Tea Kalatozishvili,
    a/k/a "Teka"
TODD TOLSON,
PABLO CRUZ, and
NANCY DIAZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - X



      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       July 30, 2007

                              SO ORDERED,

                              _____
                              UNITED STATE MAGISTRATE JUDGE

                              HENRY PITMAN
                              United States Magistrate Judge
                              Southern District of New York