UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,

                                                                                        APPEARANCE
           v.                                                                     07 CR 692-05 (KMK)


VLADIMIR BARARUSKIN, et al

        Defendants.


_____x

To the Clerk of this court and all parties of record:

      Having been appointed pursuant to the Criminal Justice Act please enter my appearance as counsel in this case for Defendant **Nancy Diaz**.

      I certify that I was admitted to practice in this court on August 29, 1972.

Dated: New York, New York                     _____
      July 31,   2007                            Richard H. Rosenberg
                                                          RR0846
                                                          250 W. 57th Street, Suite 1931
                                                           New York, New York 10107
                                                           Tel. 212-586-3838
                                                           Fax: 212-974-3225