UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                          **Notice of Change of Address**
                 -against-                                                      **07 Cr. 692 (RJS)**

VLADIMIR BARARUSHKIN, et al.,

                Defendants.

----------------------------------------------------------X

       PLEASE TAKE NOTICE, that RICHARD H. ROSENBERG, ESQ., attorney for defendant **NANCY DIAZ**, has relocated his office. The new address and contact information is:

                              Richard H. Rosenberg, Esq.
                              217 Broadway—Suite 707
                              New York, New York 10007-2911
                              Tel: 212-586-3838
                              Fax: 212-962-5037
                              Mobile: 917-576-1446
                              E-mail: richrosenberg@msn.com

       Please update my new address in the Court's docket and direct all future correspondence and notices to my new address.

                                                                   Respectfully submitted,
                                                                   /s/
                                                                   Richard H. Rosenberg
                                                                   RR0846

Dated: New York, New York
        April 30, 2008