

RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

August 13, 2008

Hon. Richard J. Sullivan.
United States District Court Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Nancy Diaz**
**07 Cr. 692 (RJS)**

Dear Judge Sullivan:

    I represent Nancy Diaz, the above-referenced defendant.  Ms. Diaz would like to vacation with her mother, Angela Rivera, in Atlantic City between the dates August 19 and August 22, 2008. Specifically, she and her mother would depart New York City the morning of August 19, 2008 and stay at Bally's on the Boardwalk in Atlantic City, New Jersey.  Ms. Diaz would return to New York City by midnight August 22, 2008.  While at the hotel Ms. Diaz would stay in the room registered and reserved in her mother's name and be reachable by her cell phone at 718- 301-3582.

    Accordingly, I am requesting that Ms. Diaz' current travel restrictions (limited to the southern and eastern districts of New York) be modified to allow this brief vacation.

    I have spoken to both AUSA Jenna Dabbs and the defendant's pre-trial officer, Jason Lehrman, regarding this request and am authorized to report that neither has an objection to Ms. Diaz travel to Atlantic City for this vacation.

    If the travel plans are acceptable to the court, I respectfully request that this letter be "so ordered".  Thank you for your consideration.

Very sincerely,

Richard H. Rosenberg

cc.: Jenna Dabbs, AUSA
    Jason Lehrman, U.S. Pre-Trial Services

SO ORDERED
Dated
8/15/08

RICHARD J. SULLIVAN
U.S.D.J.