**EXHIBIT A**

August 26, 2008

United States District Court
500 Pearl Street
New York, NY 10007

Honorable Judge Sullivan,

I would like to give a little history of myself. As you know, I am a 43 year old, Puerto Rican, single mother of two sons 17 and 15. Since I've obtained sobriety in 2000, without relapse, I have worked to support my children and myself, which hasn't always been easy. I have been my sons' sole source of support. While I don't want to make excuses for myself, I believe that the pressures of life in general, sometimes negatively affect the choices we make.

In my profession, I've always wanted to help people. I knew from my own experience, that in order to change, people need a strong support system – and I have been that for many people. My goal has always been to help others better their lives. I never intended to harm anyone – least of all my children, my family or myself.

About one year ago, my older son began taking the wrong path – spending time with negative people, and cutting school. I knew that I had to act quickly to protect him. We spent hours talking and problem solving until we both agreed that he would benefit from entering the military. At this time, he is at Fort Jackson, South Carolina and expressed his gratitude to me for helping him get back on the right path. As difficult as this was for both of us – I feel sure that this was the right choice for my son.

Being a parent has been the most important experience of my life. I've done everything I could, to become the best parent that I could be. I humbly ask for the opportunity to continue my work as a parent and my profession as a drug counselor.

Thank you in advance for your consideration.

Sincerely,

Nancy Diaz