# EXHIBIT B

To whom it may concern

My mother is a hardworking and caring person. She does her best to take care of me and my brother, she always trys to give us what we want and what we need. My mother is a smart and kindhearted person and she always make sure I do what I have to do. She always shows me love and affection. I am blessed to have my mother in my life. I love my mother to death so please dont take my mother away from me. She got taken away twice I dont want her to get taken away again.

angel Diaz
Angel D.az