# EXHIBIT C

THE SECOND CENTURY



**HENRY STREET SETTLEMENT**

COMMUNITY CONSULTATION CENTER
40 MONTGOMERY STREET
NEW YORK, NY 10002-6505
TEL 212/233-5032
FAX 212/571-4132

May 2, 2008

Re: Nancy Diaz
Dob: 6/28/65

To Whom It May Concern:

This is to confirm that the above named and her family is known to our Mental Health Clinic. Ms. Diaz initiated an application for family therapy shortly after she and her children were re-united when she completed treatment for substance abuse. Ms. Diaz recognized that she and the children needed intervention to help them to work through the emotional impact of separation and reunion.

From the outset, Ms. Diaz has been committed to helping her sons and herself. She and the children were seen for family counseling sessions and Ms. Diaz was seen individually as needed.

Ms. Diaz has been the sole support of her family since reunification. Moreover, she has maintained sobriety without relapse and immediately secured employment helping others achieve sobriety. Ms Diaz worked in an out-patient drug treatment facility for three years and was highly successful in helping others maintain their sobriety. For the past seven months, she has been employed as a drug counselor in a residential treatment facility. Once again, Ms. Diaz has been a valued counselor as reflected in her recent positive performance appraisal.

In my view, Nancy Diaz is an exceptionally bright, competent woman. She has been most conscientious and a strong advocate both as a parent and in her work as a counselor. Clearly, Ms. Diaz has been able to use the struggles in her own life to benefit many others; in this way, she has made a significant contribution to the community as well as her own family.

Sincerely,

Lela Charney, LCSW