EXHIBIT D

May 6, 2008

To Whom It May Concern:

It is very difficult to sit here and not write many pages on how I feel about Nancy Diaz, but I will try to keep it short and to the point. I am honored to write this letter in behalf of my cousin, Nancy Diaz, on why it is important for her to be out in our society. Nancy is a great mother, daughter, aunt, cousin and friend to anyone who is in her life. Nancy has done everything that a mother needs to do to take care of her teenage boys, which we know, is not easy raising teenage boys in our society these days. These two boys are in a time of their life where they would be devastated to lose their mother.

Nancy and I grew up more like sisters. Even though she is going through a very difficult time not knowing what her future holds, she still cares and worries on what's going on in my life right now and listening to my problems and putting a smile on my face everyday. We can sit for hours together and just talk and laugh and comfort each other. Just thinking that we couldn't have this is devastating to me.

Nancy always makes it a priority to make sure everyone in her life is doing okay and helping anyone that needs her regardless of what's going on with her right now.

Nancy is no threat to anyone in our society. It is just the opposite, she is needed very much. She has and will make an enjoyable difference in anyone that has the privilege to meet her.

I hope all this is taken into consideration and realize that she is needed very much by her family and friends.

Diana Torres
1868 Madison Street, #3R
Ridgewood, NY  11385