# EXHIBIT E

August 16, 2008

To Whom It May Concern:

I'm very happy and privileged to be able to write a reference letter for my cousin, Nancy Diaz.

Nancy is an exceptionally wonderful person because she knows the meaning of family, love and dedication. She's raising two great boys and in my eyes she's doing a terrific job. She's an amazing mom, daughter, sister, cousin and aunt.

Nancy works hard on making sure the family is kept together and is always looking for ways for all of us to reunite. She's a hard worker and always worries about making sure she can provide a good home for her and her two sons. Nancy has always been more than a cousin to me. I consider her one of my sisters. Anybody would be fortunate to be acquainted with Nancy.

Therefore, I feel Nancy Diaz should be given a chance to prove herself and show everyone that she can accomplish more in her life because she has the will and the means.

Sincerely yours,

Betsy Peña