# EXHIBIT F

To Whom It May Concern:

My name is Natalie Rodriguez and I am licensed professional working and residing in the state of New York.

I have known Nancy Diaz for over ten years. In this time I have known her to be a prudent, conscientious, and hardworking individual. She is a mentor and mother figure to me who is someone I can go to for advice at any time. I have never known her to be dishonest and in any type of trouble.

Ms. Diaz is a proud mother of two sons that she adores and has raised to be fine young gentlemen. She is very family oriented and has always provided a loving and caring atmosphere in her home. Her children are very proud of their mother as well as the rest of her family, friends, and peers. She continues to do outstanding work in her field and continues to help the community to her full capacity.

If you require any further information please contact me at 646-772-7560.

Thank you,

*Natalie Rodriguez, R.N.*

Natalie Rodriguez, R.N.