# EXHIBIT G

April 29th, 2008

To Whom It May Concern,

I felt quite honored when my cousin Nancy Diaz asked me to write a reference letter for her.

In addition to raising a family on her own and being a good mother to her two sons', daughter and cousin, Nancy has always found time to get involved in life around her. Unlike many people these days, whenever she adopts a cause or pursues a new interest she is guaranteed to be highly committed.

I can confirm that she is a woman of great integrity, is extremely dedicated to her family and work, and is entirely peace-loving.

In my regards to my personal relationship with my cousin Nancy, I want to state that she has always been considerate and caring in regards to my personal needs of family communication. She helped me locate my father that I had not seen in ten years, she made every effort to get us back together.

Therefore I would like to simply say that Nancy Diaz would be a good addition to our community.


Yours Faithfully,

*Angelica Rivera*

Angelica Rivera