# EXHIBIT H

May 21, 2008

To Whom It May Concern:

My name is Judith Salava and Nancy Diaz is my sister. I appreciate the opportunity to speak on behalf of my sister Nancy Diaz because I respect and admire the person she is.

Nancy is a very genuine person who loves life, those around her, and those who are a part her. I know of very few people who have such a contagious laughter as she does. She is always ready to lend a helping hand to those in need of help. The concern she demonstrates for her family is admiral.

While she faces the many challenges of daily life, she ensures that her two sons have a normal life. While her elder son, AJ, is in the process of joining the US military, her younger son, Angel, plays baseball for his school; and the love and admiration she has for them is well. I may mention, Nancy, has never ask for child support from the father of her two sons. She has fulfilled their needs without asking for child support.

With the help of a dedicated and wonderful therapist, Nancy has sustained her job, Nancy has sustained her family, and Nancy has abstained from the life she once had- she is drug free. It is my hope that my sister continue to live a quality life she deserves after all the many challenges she has endured.

Thank you much,

*Judith Salava*
Judith Salava