EXHIBIT I

Dawn Muckle
353 Shepherd Avenue
Brooklyn NY 11208
917-807-5646

June 16, 2008

To Whom It May Concern:

I met Nancy Diaz 10 years ago. Nancy is a standout. She is a single mother of two boys. She is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. She is a great direct communicator and knows how to raise and discuss common issues and problems in a non-threatening manner. She is hyper-sensitive and is always turned into how another person might "feel" in a given situation. She likes to have fun too. During our years, we have maintained an ongoing friendly relationship. I would have to say that Nancy Diaz is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Dawn Muckle