# EXHIBIT J

To Whom It May Concern:

My name is Nicole Soto I am a full time mother of three, residing in Brooklyn New York.

I have known my aunt Nancy Diaz for 27 years of my life. During these years she has been like the mother I never had. I look up to her for the nurturing and loving person that she is.

As a single mother of two boys I find her to be a very hardworking, honest and conscientious individual. She is a very dedicated individual to her family, friends as well her co-workers and clients.

I trust that the information provided will be of assistance and will be happy to provide more information if required. I may be reached at (347) 723-9152.

Thank You

*Nicole Soto*
Nicole Soto