**EXHIBIT K**

To Whom It May Concern:

    This letter is in reference to my close and dear friend, Nancy Diaz, whom I have known since our teenage years. Since our youth Nancy has always been very straight forward, very honest and open minded.

    Nancy Diaz is a strong willed individual who has bounced back from the challenges of life's adversities, time after time, her resilience has shone through, even as a single mother, raising two boys on her own, she always has been determined to give her boys the best life that she can, as they grew up and started to hear the call of the streets. Till this day her headstrong ways have kept her children off the streets, so kudos go from me to her. I am writing this letter as a show of appreciation, from our long standing friendship.

    Mrs. Diaz is currently working in the harm deduction field, and I am sure that she will continue living her life in a positive manner.

Yours Truly,